FILED ___ ENTERED ___ RECEIVED ___ SERVED ON COUNSEL/PARTIES OF RECORD

OCT 2 5 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-CR-083-JCM-(NJK) |
| Plaintiff, | |
| v. | Preliminary Order of Forfeiture |
| TANIKA ARMSTRONG, a.k.a "Tanika Montgomery", | |
| Defendant. | |

This Court finds that defendant Tanika Armstrong, a.k.a. "Tanika Montgomery", pled guilty to Count Seventeen of a Twenty-Five Count Criminal Indictment charging her with Conspiracy to Commit Money Laundering in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i), 1956(a)(1)(B)(i), and 1956(h). Criminal Indictment, ECF No. 1; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds defendant Tanika Armstrong, a.k.a. "Tanika Montgomery", agreed to the imposition of the in personam criminal forfeiture money judgment of $1,175,670.21 set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Indictment, to be held jointly and severally liable with any codefendants. Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. __; Change of Plea, ECF No. __.

The in personam criminal forfeiture money judgment is (1) any property, real or personal, which constitutes or is derived from proceeds traceable to violations of Title 18, United States Code, Section 1956(a)(1)(A)(i) and 1956(a)(1)(B)(i), specified unlawful activities as defined in

Title 18, United States Code, Sections 1956(c)(7)(A) and 1961(1)(B), or Title 18, United States Code, Section 1956(h), conspiracy to commit such offenses; (2) any property, real or personal, involved in transactions or attempted transactions in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i) and 1956(a)(1)(B)(i) and Title 18, United States Code, Section 1956(h), or any property traceable to such property; (3) any property, real or personal, involved in violations of Title 18, United States Code, Section 1956(a)(1)(A)(i) and 1956(a)(1)(B)(i) and Title 18, United States Code, Section 1956(h), or any property traceable to such property, and is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 981(a)(1)(A) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1); and Title 21, United States Code, Section 853(p).

This Court finds that Tanika Armstrong, a.k.a. "Tanika Montgomery", shall pay an in personam criminal forfeiture money judgment of $1,175,670.21 to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 981(a)(1)(A) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Tanika Armstrong, a.k.a. "Tanika Montgomery", an in personam criminal forfeiture money judgment of $1,175,670.21.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 25th day of Oct, 2016.

_____
UNITED STATES DISTRICT JUDGE