

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-CR-083-JCM-(NJK) |
| Plaintiff, | |
| v. | Final Order of Forfeiture |
| TANIKA ARMSTRONG, a.k.a "Tanika Montgomery", | |
| Defendant. | |

This Court found that Tanika Armstrong, a.k.a. "Tanika Montgomery", shall pay the in personam criminal forfeiture money judgment of $1,175,670.21, held jointly and severally liable with any codefendants, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 981(a)(1)(A) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1); and Title 21, United States Code, Section 853(p). Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 70; Plea Agreement, ECF No. 76; Preliminary Order of Forfeiture, ECF No. 77.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Tanika Armstrong, a.k.a. "Tanika Montgomery", the in personam criminal forfeiture money judgment of $1,175,670.21 pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 981(a)(1)(A) with Title 28, United States

Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1); and Title 21, United States Code, Section 853(p).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 10th day of April, 2017.

UNITED STATES DISTRICT JUDGE